PROB 12B
(7/93)

Report Date: May 24, 2010

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 03 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Aaron Brady                 Case Number: 2:06CR00020-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 3/27/2007                  Type of Supervision: Supervised Release

Original Offense: Possession with Intent to Distribute      Date Supervision Commenced: 9/4/2008
Marijuana, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 18 Months; TSR - 24       Date Supervision Expires: 9/3/2010
Months

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

The offender will participate in Drug Aftercare as directed by the U.S. Probation Office.

The offender will reside at the Salvation Army Correctional Center as directed by the U.S. Probation Office.

### CAUSE

Mr. Brady is currently residing in the Northern District of Illinois, and under active supervision in that district. He violated the terms of supervision by submitting a urine specimen on February 17, 2010, which tested positive for marijuana, and failed to provide a urine specimen as directed on May 4, 2010. Subsequently, the supervising officer is now requesting the above noted modification of the conditions supervision with the offenders consent.

Additionally, it is respectfully requested that Your Honor review and sign the attached Probation Form 22's initiating the transfer of jurisdiction of this case to the Northern District of Illinois where Mr. Brady resides.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/24/2010
_____

s/Richard Law
_____

Richard Law
U.S. Probation Officer

Prob 12B
Re: Brady, Michael Aaron
May 24, 2010
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

May 27, 2010
Date